EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
SANTOS RENE SOTO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANTOS RENE SOTO and SANTOS MOISES SOTO, III,<br><br>　　　　　Defendants. | Case No.: CR 22-0378 WHO<br><br>**SANTOS RENE SOTO'S NOTICE OF JOINDER IN THE MOTION BY SANTOS MOISES SOTO, III, TO DISMISS COUNTS ONE AND TWO OF INDICTMENT, AND AS TO COUNT TWO IN THE ALTERNATIVE FOR A BILL OF PARTICULARS** |

　　　　PLEASE TAKE NOTICE THAT Defendant SANTOS RENE SOTO, by and through counsel, respectfully joins in the Motion by Santos Moises Soto, III, To Dismiss Counts One And Two Of Indictment, and as to Count Two in the Alternative for a Bill of Particulars (Docket No. 72).

　　　　As stated in the moving papers Count One of the Indictment, charging Conspiracy in violation of 18 U.S.C. § 371, must in its current form be dismissed because it violates the rule against duplicity by charging more than one offense in a single count. Count One also includes impermissibly vague language such as "among other things," as well as improperly pleaded allegations of fraud by non-

1  disclosures of material facts without reference to any alleged duty to disclose.  Count Two of the

2  Indictment, charging Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349, also includes

3  allegations of fraud by nondisclosures of material facts without properly alleging any duty to disclose,

4  and similarly appears to be duplicitous, although a Bill of Particulars may be needed to discern the

5  precise scope of the offense or offenses charged therein.  The Court should order both Counts One and

6  Two dismissed as violating the rule against duplicity unless the government elects a single offense for

7  each count that has been properly charged in the Indictment.

8  Dated: May 10, 2025                                   Respectfully submitted,

10                                                         _____/s/_____
    EDWIN PRATHER
11                                                         PRATHER LAW OFFICES
    Counsel for SANTOS RENE SOTO